■ Henry McElroye et al., Plaintiffs, v City of Rochester et al., Defendants. County of Monroe et al., Third-Party Plaintiffs-Appellants, v S.A. Healy Company, Third-Party Defendant-Respondent.—Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted sum-

mary judgment to third-party defendant dismissing the third-party complaint. Because Argonaut Insurance Company insured both third-party plaintiffs and third-party defendant, it was not entitled to subrogation so as to seek indemnification from third-party defendant. To permit Argonaut "to claim indemnification here would, directly or indirectly, place the insurer's own interests at variance with those of its insured" *(Pennsylvania Gen. Ins. Co. v Austin Powder Co.,* 68 NY2d 465, 472). Such a conflict would exist whether the parties were insured by the same insurance company, under the same policy, as in *Pennsylvania Gen. Ins. Co. v Austin Powder Co. (supra),* or under separate policies, as here. Third-party plaintiffs failed to preserve for our review their argument that a question of fact exists whether the policy of insurance issued by Argonaut to third-party defendant was in effect at the time of the accident. (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Lawton, Boehm and Fallon, JJ.